# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| OTILIO FLORES GARCIA,<br>*Petitioner*<br><br>v.<br><br>KRISTI NOEM, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, UNITED STATES ATTORNEY GENERAL; MIGUEL VERGARA, SAN ANTONIO FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, DEPARTMENT OF HOMELAND SECURITY; BOBBY THOMPSON, WARDEN, SOUTH TEXAS DETENTION COMPLEX, PEARSALL, TEXAS; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br>*Respondents* | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.  SA-26-CA-00937-XR |

## SERVICE ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Otilio Flores Garcia (A# 235-593-003), who is currently detained in the South Texas ICE Processing Center in Pearsall, Texas, located in the Western District of Texas. ECF No. 1 at 2.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Pamela Jo Bondi, U.S. Attorney General;

2. Kristi Lynn Noem, Secretary of Homeland Security;

3. Department of Homeland Security;

4. Immigration and Customs Enforcement;

5. Executive Office for Immigration Review; and

6. Miguel Vergara, Director of the San Antonio Field Office of U.S. Immigration and Customs Enforcement.

*See* FED. R. CIV. P. 4(i). Service should be directed to

>   Stephanie Rico
>   Civil Process Clerk
>   U.S. Attorney's Office for the Western District of Texas,w
>   601 N.W. Loop 410, Suite 600
>   San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, South Texas ICE Processing Center, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

>   Warden
>   South Texas ICE Processing Center
>   566 Veterans Drive
>   Pearsall, TX 78061

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 13th day of February, 2026.

                                                        _____
                                                        XAVIER RODRIGUEZ
                                                        UNITED STATES DISTRICT JUDGE